No. 72–5757.  GURLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–5760.  NUTTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5761.  WARFORD v. MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 72–5762.  ALLEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5763.  MILLER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–5764.  THOMAS ET AL. v. UNITED STATES. C. A. 10th Cir.  Certiorari denied.

No. 72–5767.  PELTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5769.  WREN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 72–5771.  JAKALSKI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–5772.  NOBLE v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 72–5775.  QUINN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 72–5777.  DONELL v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5779.  JACKSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.